# DIVIDENDS REMITTED TO THE COURT
Check Number 1005 Dated 07/30/10
Case Number 05-32467 - STEVE BROWN USED CARS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Steve Hart<br>2478 Ridgewood Drive<br>Howell, MI 48843 | 000002 | 42,686.00 | 3.03 |
| Boylan Sales, Inc.<br>607 N. Main St.<br>PO Box 358<br>Plainwell, MI 49080 | 000004 | 3,900.00 | 0.27 |
| Daniel C. Mansfield<br>12057 Pinebrook Ln.<br>South Lyon, MI 48178 | 000006 | 25,000.00 | 1.77 |
| Internal Revenue Service<br>Special Procedures Sta<br>PO Box 330500, Stop 15<br>Detroit MI 48232 | 000007A | 300.00 | 0.02 |
| Overhead Door of Huron Valley<br>8425 Main St.<br>PO Box 310<br>Whitmore Lake MI 48189 | 000008 | 5,000.00 | 0.35 |
| Consumers Energy Company<br>Attn: MGWilson, EP11-451<br>One Energy Plaza<br>Jackson, MI 49201 | 000010 | 857.46 | 0.06 |
| Zurich<br>Programs Business<br>PO Box 2274<br>Omaha NE 68103-2274 | 000012 | 6,519.75 | 0.45 |
| State of Michigan, Department of Treasury<br>3030 W. Grand Blvd<br>Suite 10-200<br>Detroit, MI 48202 | 000015 | 5,099.69 | 0.37 |
| Verizon Wireless Midwest<br>404 Brock Drive<br>Bloomington, Il 61701 | 000016 | 4,175.42 | 0.30 |
| Dell Financial Services, L.P.<br>12234B North I-35<br>Austin, Texas 78753-1705 | 000017 | 6,873.12 | 0.49 |
| National City<br>6750 Miller Rd<br>Beckersville OH 44141 | 000019 | 14,457.55 | 1.03 |

---------- Remittance Total --------------                 114,868.99        8.14

Michael A. Mason, Trustee